FILED
07 DEC -5 PM 3:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury  '07 CR 3277 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation; Title 18, U.S.C., Sec. 1544 - Misuse of Passport (Felony) |
| VICTOR SERRANO, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about November 20, 2007, within the Southern District of California, defendant VICTOR SERRANO, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

JJO:fer:San Diego
12/4/07

It is further alleged that defendant VICTOR SERRANO, was removed from the United States subsequent to April 11, 2007.

Count 2

On or about November 20, 2007, within the Southern District of California, defendant VICTOR SERRANO, did willfully and knowingly use a United States passport, issued and designed for use of another in the following manner, to wit: defendant presented a United States passport to a federal officer, claiming to be Marco Antonio Cruz, a United States citizen born in California, knowing full well that he was not; in violation of Title 18, United States Code, Section 1544, a felony.

DATED: December 5, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney

2