**ZANDRA L. LOPEZ**
California Bar No. 216567
427 C Street, suite 300
San Diego, Ca. 92101
619.233.3169, ext. 17
fax: 619.684.3522
zll@zandralopezlaw.com

Attorney for **Mr. Victor Serrano**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  07cr3277-BTM |
| Plaintiff, ) | |
| v. ) | |
| VICTOR SERRANO ) | PROOF OF SERVICE |
| Defendant. ) | |
| _____ ) | _____ |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

Rebekah W. Young, Assistant United States Attorney
rebekah.young@usdoj.gov efile.dkt.gc2@usdoj.gov

Respectfully submitted,

/s/   Zandra L. Lopez
**ZANDRA L. LOPEZ**
Attorney for Defendant
zll@zandralopezlaw.com

Dated: January 7, 2008