AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

────────── DISTRICT OF ──────────

UNITED STATES OF AMERICA

V.

Victor Serrano

**WAIVER OF INDICTMENT**

FILED
MAR - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

CASE NUMBER: 07 cr 3277-BTM

I, _____Victor Serrano_____, the above named defendant, who is accused of

_Illegal Entry misdemeanor and Illegal Entry Felony_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___3-6-08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.
                        Date

X Serrano Victor
Defendant

Counsel for Defendant

Before _____
       Judicial Officer